THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Ron C. Bennett,       
Appellant,
 
 
 

v.

 
 
 
State of South Carolina, County of Marion, and Magistrate Lunette Cox,       
Respondents.
 
 
 

Appeal From Marion County
James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-319
Submitted March 19, 2004  Filed May 
 14, 2004  

AFFIRMED

 
 
 
Ron C. Bennett, of Marion, pro se, for Appellant.
Robert E. Lee and Amy Wise, of Forence, for Respondents.
 
 
 

PER CURIAM:  Ron C. Bennett appeals, contending 
 the trial court improperly granted summary judgment to the respondents the State 
 of South Carolina, the County of Marion, and Magistrate Lunette Cox.  We affirm 
 pursuant to Rules 215 and 220(2), SCACR, and S.C. Code Ann. § 14-8-250 (Supp. 
 2003), along with the following authorities:  Taylor v. Medenica, 331 
 S.C. 575, 582, 503 S.E.2d 458, 462 (1998) (noting an issue which is raised but 
 not argued in brief is deemed abandoned and will not be considered on appeal); 
 Muir v. C.R. Bard, Inc., 336 S.C. 266, 298, 519 S.E.2d 583, 600 (Ct. 
 App. 1999) (holding conclusory arguments may be treated as abandoned); Englert, 
 Inc. v. Netherlands Ins. Co., 315 S.C. 300, 304, 433 S.E.2d 871, 873 (Ct. 
 App. 1993) (noting a conclusory argument does not present any issue for consideration 
 on appeal); Moody v. McLellan, 295 S.C. 157, 162, 367 S.E.2d 449, 452 
 (Ct. App. 1988) (stating an alternative ruling of the trial court in granting 
 summary judgment that was not excepted to constitutes a basis for affirming 
 the trial court and is not reviewable on appeal).         
AFFIRMED.
GOOLSBY, HOWARD, and BEATTY, JJ., concur.